IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Keenan Childs, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:10cv789 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Chief Thomas Streicher, et. al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on November 15, 2010 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 6, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the complaint is **DISMISSED**.  The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this Court's Order will not be taken in good faith.  *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.


               ___s/Susan J. Dlott_____
               Chief Judge Susan J. Dlott
               United States District Court